[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13125
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-00203-JRH-WLB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT J. DEMELLO, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Georgia
_____

(March 4, 2013)

Before MARCUS, WILSON and KRAVITCH, Circuit Judges

PER CURIAM:

Charles C. Mayers, appointed counsel for Robert J. Demello, Jr., in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Demello's conviction and sentence are **AFFIRMED**.